UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1299 RWS |
| ) | |
| CITY OF PEVELY, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiff's motion to file answer out of time [#17] and second motion for extension of time of time [#18] are granted.

**IT IS FURTHER ORDERED** that **the Order dated September 16, 2009 [#16] is vacated.**

**IT IS FURTHER ORDERED** that **defendant shall file its response to the motion for preliminary injunction [#2] by no later than September 29, 2009.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of September, 2009.