UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09-cv-1299-RWS |
| CITY OF PEVELY, MISSOURI, | ) ) ) |
| Defendant. | ) |

MOTION TO VOLUNTARILY DISMISS COUNTS II AND III OF COMPLAINT

Comes now Plaintiff, pursuant to FED.R.CIV.P. 41(a)(2), and moves this Court for entry of an order permitting Plaintiff to voluntarily dismiss Counts II and III of her Complaint.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT #518779
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112
E-Mail: tony@aclu-em.org

CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2009, he filed the foregoing document with the Clerk to be served by operation of the CM/ECF system upon the following:

David M. Korum
222 South Central Avenue
Suite 804
St. Louis, Missouri 63105

/s/ Anthony E. Rothert