UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:09-CV-1299 -RWS |
| | ) |
| CITY OF PEVELY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## CONSENT TO PLAINTIFF'S MOTION TO DISMISS

COMES NOW Defendant, by counsel and advises the Court of its consent, and no objection to, Plaintiff's Motion to Voluntarily Dismiss Counts II and III of Complaint.

SHEPHERD TAYLOR KORUM & CURTIS, LLP

By: ___/s/___David M. Korum___
DAVID M. KORUM, Reg. No. 14580
222 South Central Ave., Suite 804
St. Louis, MO 63105
TEL: (314)727-8677
FAX: (314)727-8678
Attorney for Defendant City of Pevely

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of December, 2009, he did file the above and foregoing document with the Clerk of the United States District Court in and for said District and Division, to be served by operation of the Clerk's electronic filing system upon the following:

Anthony E. Rothert
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, MO 63108

___/s/ David M. Korum___
David M. Korum    Reg. No. 14580