UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1299 RWS |
| ) | |
| CITY OF PEVELY, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for dismissal of this action without prejudice. Defendant does not oppose dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss [#30] is granted, and this case is dismissed without prejudice, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the **Show Cause Hearing set for January 14, 2010 at 11:00 a.m. in Courtroom 10-South is cancelled**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2010.